AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-mj-00101 | 1/18/19  06:00 AM | Brian Green |

Inventory made in the presence of: Brian Green

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See one page attached.

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 1/30/19

_Executing officer's signature_

Ryan Costanzo, Special Agent
_Printed name and title_

AUSA: B. Balding, x2274

**Search Warrant Return for 2:19-mj-00101**

1. Black iPhone 8 and related data w/case
2. Silver iPhone and related data
3. Two (2) iPads and related data
4. Apple iMac computer and related data
5. Approximately six (6) firearms, unknown manufacturers
6. Ruger Precision Rifle, S/N: 1800-05766
7. Heckler and Koch HK91 firearm, S/N: 056983
8. Ruger 10/22 firearm, S/N: 126-74385
9. Glock 22 firearm, S/N: CLR539
10. Glock 22, S/N: AKN740
11. Glock 23 firearm, S/N: SK792
12. Pistol bearing no serial number, marked with polymer80 on the receiver. The slide was bearing serial #BHXL406.
13. Ruger Mark III Hunter firearm, S/N: 275-05864
14. Approximately thirteen (13) rounds of .40 caliber ammunition
15. Approximately twenty (20) rounds of 9mm firearm ammunition
16. Approximately thirty (30) rounds of .300 ammunition
17. $63,470 dollars in U.S. Currency
18. Firearm pistol barrel S/N: YFB740
19. GoPro video camera
20. Blackberry cell Phone
21. Black LG cell Phone
22. HTC cell phone with no battery
23. AT&T HTC cell phone
24. iPhone 8 Plus
25. iPhone 5S
26. Two (2) digital scales
27. Two (2) firearm lower receivers
28. Assorted firearm magazines, including 31 round magazine and PMAG D-60 5.56 x 45 drum firearm magazine
29. Approximately three (3) baggies of crystal substance resembling MDMA
30. Approximately four (4) baggies of white powdery substance resembling Cocaine
31. Approximately two (2) baggies containing yellow pills resembling Xanax
32. Approximately four (4) bags of substance resembling Marijuana
33. Approximately seven (7) jars of substance resembling Marijuana
34. One (1) medicine container containing approximately 10 white pills
35. One (1) medicine labeled Morphine Sulfer container containing pills